AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 16 2025

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) |
| v. | ) |
| Juan HARDING-Lopez | ) Case No. 25-2812 MJ |
| | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 14, 2025__ in the county of __Lea__ in the
_____ District of __New Mexico__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C 1326(a) and (b) | Illegal re-entry of a removed alien. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

DENIS RAMIRETH
Digitally signed by DENIS RAMIRETH
Date: 2025.07.15 08:27:00 -06'00'

_____
Complainant's signature

Denis Ramireth, Deputation Officer
Printed name and title

Sworn to before me ~~and signed in my presence.~~ *via telephone.*

Date: 7/16/2025

_____
Judge's signature

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, Chief U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

### United States of America

### V.

### JUAN CARLOS HARDING LOPEZ
Alias(es): AKA Alvarado Garcia Roberto

I, Denis Ramireth., being duly sworn, depose and state that:

1. I am a Deportation Officer (DO) with Immigration and Customs Enforcement (ICE). I have been employed with ICE since May 05, 2024. I am a graduate of the Federal Law Enforcement Training Center, Deportation Officer Training Program BIETP (2407). Prior to that I was employed by United States Border Patrol (USBP) from July 20, 2022, to February 22, 2024. I am currently assigned to the Enforcement and Removal Operations (ERO) Office in Roswell, NM. I have a total of three years training and experience in the enforcement of the immigration and naturalization laws of the United States. My duties as a Deportation officer include, but are not limited to, identifying, locating, apprehending, and removing aliens who are in violation of the Immigration and Nationality Act ("INA"). I investigate criminal immigration violations of Title 8 of the United States Code, including illegal re-entry into the United States. As a result of my training and experience as a Deportation Officer and former U.S. Border Patrol Processing Coordinator, I am familiar with federal criminal laws and know that it is a violation of:

    8 USC § 1326 (a) and (b), for an alien, who had been previously arrested and deported from the United States, subsequent to a conviction for a felony, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, to be found in the United States

2. On July 13, 2025, ICE ERO, Roswell, NM, received information from Hobbs City Jail regarding a suspected undocumented alien who was arrested by Hobbs Police Department and charged with Battery in violation of New Mexico statue 30-03-04 in Hobbs, NM. The said undocumented alien was identified as Juan Harding Lopez.

3. On July 14, 2025, I encountered Juan Harding Lopez at Hobbs City Jail. I identified myself as an immigration officer and questioned him as to his citizenship. Juan Harding Lopez admitted to being a citizen and national of Mexico by virtue of birth, and admitted he has no immigration documents to enter or remain legally in the United States. I placed Juan Harding Lopez under arrested and transported him to ERO Office in Roswell, New Mexico for further processing.

4. I conducted additional immigration/criminal database record checks using Juan Harding Lopez full name and date of birth and discovered Juan Harding Lopez was arrested on November 08, 2016, by ICE-ERO in El Paso, TX, and was convicted of a violation of 8 U.S.C. 1229a Alien Removal Under section 212 and 237 After Deportation. On November 22, 2016. On March 21, 2008, Juan Harding Lopez was arrested by ICE-ERO Albuquerque, NM. for 8 U.S.C. 1326, Re-Entry After Deportation and was convicted on March 17, 2009. For this offense, he was sentenced to a term of imprisonment of fifty (50) months.

5. Immigration records reflect that Juan Harding Lopez is a Mexican National who was removed to Mexico on multiple occasions with the most recent one being on November 22, 2016, through Paso De Norte, El Paso, Texas, following his most recent illegal re-entry conviction.

6. Juan Harding Lopez has not applied to the appropriate authority of the United States for permission to re-enter the United States after he was deported, excluded, or removed from the United States. Juan Harding Lopez does not have any immigration petitions pending on his behalf.

7. There is no evidence in the Central Index System (CIS), Computer Linked Application Information Management System (CLAIMS), and the Enforcement Alien Removal Module (EARM) of Juan Harding Lopez either applying for or receiving permission to enter, reside, and/or work in the United States.

8. Based upon the above information, I believe probable cause exists that Juan Harding Lopez has been previously removed from the United States and thereafter was found in the United States without having received permission to return in violation of 8 U.S.C. § 1326 (a) and (b).

9. This complaint was approved by AUSA Richard Williams

DENIS RAMIRETH
Digitally signed by DENIS RAMIRETH
Date: 2025.07.15 07:08:46 -06'00'
_____
Deportation Officer Denis Ramireth

Sworn to and signed before me by telephonic or other reliable electronic means before me this _16_ day of _July_, 2025.

_____
US Magistrate Judge